IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SHEILA MARIE SPENCER,

          Appellant,

v.

FEDERAL HOME LOAN
MORTGAGE CORPORATION
a/k/a Freddie Mac, et al.,

          Appellees.

JUDGMENT IN A CIVIL CASE

Case No. 15-cv-327-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered affirming the decision of the U.S. Bankruptcy Court for the Western District of Wisconsin.


| s/ A. Wiseman, Deputy Clerk | March 30, 2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |